

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT ON REMAND

Matthew John Armindariz,

Vs. No. 11-19-00021-CR

The State of Texas,

\* From the 358th District Court
of Ector County,
Trial Court No. D-45,887.

\* July 8, 2021

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Williams, J., and Wright, S.C.J.,
sitting by assignment)
(Trotter, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to delete the time payment fee of $25, and we affirm the judgment as modified.